NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID BERMUDEZ, )
)
      Appellant, )
)
v. ) Case No. 2D18-2079
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada and Jeff
McKibben, Judges.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.